# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3812

_____

Tanya Boyd Harper,                          *
                                            *
            Appellant,                      *   Appeal from the United States
                                            *   District Court for the
      v.                                    *   Western District of Arkansas.
                                            *
Brookshire Grocery Company,                 *   [UNPUBLISHED]
                                            *
            Appellee.                       *

_____

Submitted: November 8, 2006
Filed: November 14, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Tanya Boyd Harper appeals from the district court's[1] adverse grant of summary judgment. In this diversity action, Harper claimed that Brookshire Grocery Company wrongfully discharged her, defamed her, and committed the tort of outrage against her.

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

Upon de novo review, *see Dennen v. City of Duluth*, 350 F.3d 786, 790 (8th Cir. 2003), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____